THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:11cv52

| | |
|---|---|
| SARAH SLOAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| THE NORTH CAROLINA DIVISION ) | |
| OF MOTOR VEHICLES, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon notification from the parties that this matter has been completely settled.

The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Magistrate Judge's Memorandum and Recommendation [Doc. 14] regarding the Defendants' Motion to Dismiss [Doc. 4] and the Plaintiff's Motion for Partial Summary Judgment [Doc. 8] are

hereby **HELD IN ABEYANCE** pending the filing of the parties' stipulation of dismissal.

**IT IS SO ORDERED.**

Signed: August 17, 2012

Martin Reidinger
United States District Judge